Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 3

```
┌─────────────────────────────────────┐
│                                     │
│                                     │
│                 Plaintiff,          │
│    v.                               │
│                                     │
│  UNITED STATES,                     │
│                      Defendant.     │
└─────────────────────────────────────┘
```

**S U M M O N S**

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. _____
   (Name and standing of plaintiff)

2. _____
   _____
   _____
   (Brief description of contested determination)

3. _____
   (Date of determination)

4. _____
   (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

_____
Signature of Plaintiff's Attorney

_____
    Date

**SEE REVERSE SIDE**