IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **VENTURA COASTAL, LLC,**<br><br>       Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>       Defendant,<br><br>and,<br><br>**LOUIS DREYFUS COMPANY SUCOS S.A.,**<br><br>       Defendant-Intervenor. | Before: Hon. Claire R. Kelly,<br>     Judge<br><br>Court No. 23-00009 |

## NOTICE OF SUBSEQUENT AUTHORITY

  Plaintiff, Ventura Coastal, LLC ("Ventura"), hereby provides the Court with notice of the following subsequent authority: *Loper Bright Enterprises v. Raimondo*, Court No. 22-451 (June 28, 2024) (attached).

  *Loper Bright* is relevant to the Court's decision in this case. In *Loper Bright*, the Supreme Court overturned *Chevron U.S.A. Inc. v. Natural Resources Defense Council, Inc.*, 467 U.S. 837 (1984), which had provided deference to an agency's interpretation of statutes. This opinion directly bears on the Court's decision in the instant case, as this case turns in part on the outcome of the meaning of the statute defining affiliation between two parties. In its brief, the Government advanced its interpretation of 19 U.S.C. § 1677(33)(C) and (G), which define "partners" and "any person who controls any other person and such other person," respectively, as persons who shall be considered "affiliated." *See* Dep't Justice Brief at 10. The Government cited *Chevron* for the proposition that the Court owes deference to the Department of Commerce's interpretation of this statute. *See id.* at 9.

Following the Supreme Court's opinion in *Loper Bright*, Plaintiff submits that the Court does not owe deference to the Department of Commerce's interpretation of the definition of "partners" or "any person who controls any other person and such other person." *See* 19 U.S.C. § 1677(33)(C) and (G). Instead, pursuant to *Loper Bright*, the Court should employ its interpretation of the term "partners" under the statute.

        Respectfully submitted,

        /s/ Daniel B. Pickard
        Daniel B. Pickard, Esq.
        Claire M. Webster, Esq.

        **BUCHANAN INGERSOLL & ROONEY PC**
        1700 K Street, NW
        Suite #300
        Washington, D.C. 20006
        Telephone: (202) 452-7900
        Email: daniel.pickard@bipc.com

        *Counsel for Petitioner, Ventura Coastal, LLC*

Date: July 3, 2024