

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

November 7, 2024

Daniel Brian Pickard, Esq.
Claire M. Webster, Esq.
Buchanan Ingersoll & Rooney PC
1700 K Street, NW
Suite 300
Washington, DC 20006-3807
  Email:    daniel.pickard@bipc.com
             claire.webster@bipc.com

Amanda L. Wetzel, Esq.
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 South 16th Street
Suite 3200
Philadelphia, PA 19102-2555
  Email:    amanda.wetzel@bipc.com

Anne Marie Delmare, Esq.
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
  Email:    anne.m.delmare@usdoj.gov

JonZachary Forbes, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement & Compliance
1401 Constitution Avenue, NW.
Washington, DC 20230
  Email:    jonzachary.forbes@trade.gov

Gregory James Spak, Esq.
Cristina M. Cornejo, Esq.
Jessica Erin Lynd, Esq.
White & Case, LLP
701 Thirteenth Street, NW.
Washington, DC 20005-3807
Email: gspak@whitecase.com
cristina.cornejo@whitecase.com
jessica.lynd@whitecase.com

  Re: *Ventura Coastal, LLC v. United States et al.*
    Court No. 23-00009

Dear Counsel:

  It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Friday, November 15, 2024. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Thursday, November 14, 2024 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

  Thank you for your assistance.

             Sincerely,

             /s/ Claire R. Kelly
             Claire R. Kelly, Judge