

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

June 24, 2025

Daniel Brian Pickard, Esq.
Brandon Jerrold Custard, Esq.
Claire M. Webster, Esq.
Grace E. Welborn, Esq.
Natan Pinchas Lyons Tubman, Esq.
Buchanan Ingersoll & Rooney PC
1700 K Street, NW
Suite 300
Washington, DC 20006-3807
Email: daniel.pickard@bipc.com
brandon.custard@bipc.com
claire.webster@bipc.com
grace.welborn@bipc.com
natan.tubman@bipc.com

Amanda L. Wetzel, Esq.
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 South 16th Street
Suite 3200
Philadelphia, PA 19102-2555
Email: amanda.wetzel@bipc.com

Anne Marie Delmare, Esq.
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email: anne.m.delmare@usdoj.gov

JonZachary Forbes, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement & Compliance
1401 Constitution Avenue, NW.
Washington, DC 20230
Email:       jonzachary.forbes@trade.gov

Gregory James Spak, Esq.
Cristina M. Cornejo, Esq.
Jessica Erin Lynd
White & Case, LLP
701 Thirteenth Street, NW.
Washington, DC 20005-3807
Email:       gspak@whitecase.com
             cristina.cornejo@whitecase.com
             jessica.lynd@whitecase.com

  Re: *Ventura Coastal, LLC v. United States et al.*
    Court No. 23-00009

Dear Counsel:

  It is my intention to issue a public version of the Opinion in the above-captioned proceeding on or shortly after Wednesday, July 2, 2025. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and inform the court by Tuesday, July 1, 2025 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

  Thank you for your assistance.

                Sincerely,

                /s/ Claire R. Kelly
                Claire R. Kelly, Judge